UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>YOLANDA R BRYANT,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 14-50773-MAR<br>JUDGE MARK A RANDON |

### AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN )
)SS
COUNTY OF WAYNE )

NOW COMES, Krispen S. Carroll, Margaret Conti Schmidt or Maria Gotsis for the Chapter 13 Trustee, and declares under penalty of perjury that the following statements are true and correct to the best of her knowledge, information and belief:

1. That she is the duly appointed Trustee in the above captioned Chapter 13 proceedings or is a staff attorney for the Trustee.

2. That the records of the Trustee have been thoroughly reviewed with regard to the above matter before this Affidavit was taken.

3. That the Order Adjourning Hearing entered on June 9, 2018 required the debtor file Amended Schedules I & J and a plan modification and also provide verification of income and 2014-2017 tax returns by August 1, 2018. As of the filing of this affidavit, these documents have not been filed nor received.

FURTHER, deponent saith not.

/S/ Maria Gotsis
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

Subscribed and sworn to before me this
3RD day of August, 2018

/s/ Angelique N James
Angelique N James, Notary Public
Wayne County, Michigan
My Commission Expires: 2/9/2019

Page 2 of 2

14-50773-mar    Doc 76    Filed 08/03/18    Entered 08/03/18 09:31:01    Page 2 of 2